Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of cycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 68522.—S. Hiller & Co. and Seedman International Corp. *v.* United States, protests 63/2586 and 63/705 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of cycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 68523.—Titus Pacific Corp. and Arthur J. Fritz & Co. *v.* United States, protest 60/22458 (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the vacuum brushes the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiffs was sustained.

No. 68524.—Leslie B. Canion, a/c Gid Neal Imports *v.* United States, protests 62/19084 and 63/634 (Galveston).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of portable cooking or heating stoves fueled by kerosene, but not operated by compressed air, similar in all material respects to those the subject of *Anderson Heating, Inc.* v. *United States* (47 Cust. Ct. 189, C.D. 2301), the claim of the plaintiff was sustained.